Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

*Attorneys for Plaintiff, on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA CANO, on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 2:23-cv-00137-SPG-SK<br><br>Hon. Sherilyn Peace Garnet<br>Courtroom 5C<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff Vanessa Cano ("Plaintiff"), individually and on behalf of all others similarly situated, hereby notifies the Court that the Parties have reached an agreement to settle this matter and are in the process of finalizing and executing a long form settlement agreement.

After the Parties' execution of the long form settlement agreement, the Parties plan to consolidate this Action with *Sheila Tovar v. GC Services Limited Partnership*, Case Number 37-2021-00038640-CU-OE-CTL, in the Superior Court of California, County of San Diego and file a Motion for Preliminary Approval of Class and PAGA Settlement in that Court.

Respectfully Submitted,

Date: February 6, 2024

*/s/ Ori Edelstein*
Carolyn H. Cottrell
Ori Edelstein
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

*Attorneys for Plaintiff, on behalf of all others similarly situated*